## THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**WILLIAM MANUEL HARRISON**                                                                **PLAINTIFF**

**v.**                             **Case No. 4:20-cv-00057-KGB**

**MIKE MAY**                                                                                **DEFENDANT**

## ORDER

Before the Court are the Proposed Findings and Recommendations submitted by United States Magistrate Judge Jerome T. Kearney on February 18, 2020 (Dkt. No. 5). No objections have been filed to the Proposed Findings and Recommendations, and the deadline for filing objections has since passed. After careful consideration of the Proposed Findings and Recommendations, the Court finds no reason to alter or reject Judge Kearney's recommendations.

Accordingly, the Court adopts the Proposed Findings and Recommendations in their entirety as this Court's findings of fact and conclusions of law. The Court dismisses plaintiff William Manuel Harrison's complaint without prejudice. Dismissal of this action constitutes a "strike" within the meaning of the Prison Litigation Reform Act, 28 U.S.C. § 1915(g). Finally, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from the Order and Judgment entered in this case would no be taken in good faith.

It is so ordered this 21st day of January, 2021.

_____
Kristine G. Baker
United States District Judge