THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**WILLIAM MANUEL HARRISON**                                                    **PLAINTIFF**

v.                              **Case No. 4:20-cv-00057-KGB**

**MIKE MAY**                                                                  **DEFENDANT**

**JUDGMENT**

    Pursuant to the Order entered in this matter on this date, it is considered, ordered, and adjudged that plaintiff William Manuel Harrison's complaint is dismissed without prejudice. The relief requested is denied.

    It is so adjudged this 21st day of January, 2021.

*[signature]*

Kristine G. Baker
United States District Judge